**FILED** FEB 14 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**ENTERED**
CLERK, U.S. DISTRICT COURT
FEB 15 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE DOWNING, an individual; PAUL STRAUCH, an individual; RICK STEERE, an individual; RICHARD (BUFFALO) KEAULANA, an individual; and BEN AIPA, an individual; MIKE DOYLE, an individual; and JOEY CABELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ABERCROMBIE & FITCH, an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 99-4612 R(MCx)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF DEFENDANT ABERCROMBIE & FITCH FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES |

Defendant's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues, came regularly for hearing on Monday, February 7, 2000, in the Courtroom of the Honorable Manuel L. Real.

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE FEB 15 2000

DATED: _____ TRINA WASHINGTON
DEPUTY CLERK

After due consideration and the Court having concluded, pursuant to Fed. R. Civ. P. Rule 56(d), that certain issues are without substantial controversy,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Defendant's Motion is granted on the grounds that there are no genuine issues of material fact as to the following matters, which are hereby deemed to be established without substantial controversy:

1. That the First Amendment and related principles of freedom of expression bar plaintiffs' First through Fourth Claims, as to each plaintiff;

2. That plaintiffs' First through Third Claims, are barred under principles of federal Copyright Act preemption as to each plaintiff;

3. That plaintiffs' First Claim, under Cal. Civ. Code § 3344, should be dismissed under choice of law principles as to the Hawaii-based plaintiffs George Downing, Rick Steere, Richard (Buffalo) Keaulana, Ben Aipa and Joey Cabell;

4. That plaintiffs' Fourth Claim, under the Lanham Act, is barred as to each plaintiff by the doctrine of nominative use;

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

623590

- 2 -

5. That plaintiffs' Fourth Claim is barred as to each plaintiff because no genuine issues exist as to likelihood of confusion;

6. That plaintiffs' Fourth Claim is barred as to each plaintiff because injunctive relief is moot and no genuine issues exist as to the prerequisites for monetary relief;

7. That plaintiffs' Fifth Claim for negligence is barred as to each plaintiff because it is contrary to Ninth Circuit law; and

8. That plaintiffs' Sixth Claim for defamation should be dismissed as to each plaintiff because no genuine issue exists as to any defamatory statements of and concerning any plaintiff.

DATED: Feb. 14, 2000

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
JOEL McCABE SMITH [State Bar No. 050973]
DAVID ARONOFF [State Bar No. 125694]
LINCOLN D. BANDLOW [State Bar No. 170449]
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Telephone: 310/277-3333; Facsimile: 310/277-7444

Attorneys for Defendant

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

623590

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2049 Century Park East, Los Angeles, California 90067-3274.

On January 14, 2000, I served the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT ABERCROMBIE & FITCH FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Brent H. Blakely, Esq.
> HEWITT & McGUIRE, LLP
> 865 Manhattan Beach Boulevard, Suite 204
> Manhattan Beach, California 90266

I caused such envelope with postage fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ An additional copy of said document was sent on the same date to each of the addressees stated above at the specified telefax numbers.

Executed on January 14, 2000, at Los Angeles, California.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service is made.

Kathryn K. Toyama
Type or Print Name