FILED
CLERK, US DISTRICT COURT
FEB 19 2002
2002
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GEORGE DOWNING, an individual; PAUL STRAUCH, an individual; RICK STEERE, an individual; RICHARD (BUFFALO) KEAULANA, an individual; BEN AIPA, an individual; MIKE DOYLE, an individual; and JOEY CABELL, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ABERCROMBIE & FITCH, an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 99-4612 R(MCx)<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:<br>DATE:　　February 4, 2002<br>TIME:　　10:00 a.m.<br>PLACE:　 Courtroom of the Honorable Manuel L. Real |

　　The Motion for Summary Judgment brought by plaintiffs GEORGE DOWNING, PAUL STRAUCH, RICK STEERE, RICHARD (BUFFALO) KEAULANA, BEN AIPA, MIKE DOYLE, and JOEY CABELL ("Plaintiffs") came on regularly for hearing on Monday, February 4, 2002, in the Courtroom of the Honorable Manuel L. Real. Brent Blakely and Thomas Brackey

LEOPOLD, PETRICH & SMITH
A Professional Corporation
651425

appeared on behalf of Plaintiffs. Joel McCabe Smith and Lincoln D. Bandlow appeared on behalf of defendant ABERCROMBIE & FITCH.

After due consideration of the pleadings, the files in this matter and argument of counsel;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment is DENIED.

DATED: Feb. 19, 2002

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

_____
JOEL McCABE SMITH [SBN 050973]
DAVID ARONOFF [SBN 125694]
LINCOLN D. BANDLOW [SBN 170449]
LEOPOLD, PETRICH & SMITH
A Professional Corporation
Attorneys for Defendant
ABERCROMBIE & FITCH

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2049 Century Park East, Los Angeles, California 90067-3274.

On February 5, 2002, I served the foregoing document described as **ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>  Brent H. Blakely, Esq.
>  CARLSMITH BALL
>  444 South Flower Street, 9th Floor
>  Los Angeles, California 90071
>  Fax No. (213) 623-0032

__X__   **(BY U.S. MAIL)** I caused such envelope with postage fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__   __   **(BY PERSONAL SERVICE)** I [X] caused to be [ ] delivered by hand such envelope to the offices of the addressee.

__X__   **(BY TELECOPIER)** An additional copy of said document was sent on the same date to each of the addressees stated above at the specified telefax numbers.

Executed on February 5, 2002, at Los Angeles, California.

____   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service is made.

_____Saint Adeogba_____
Type or Print Name

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

651425