JUDGMENT
=================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 02-56476
CT/AG#: CV-99-04612-R

GEORGE DOWNING, an individual; PAUL STRAUCH, an individual;
RICHARD BUFFALO KEAULANA, an individual; BEN AIPA, an
individual; MIKE DOYLE, an individual; JOEY CABELL, an
individual

       Plaintiffs

    and

RICK STEERE, an individual

       Plaintiff - Appellant

v.

ABERCROMBIE & FITCH, an Ohio corporation

       Defendant - Appellee



----------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the Appeal in this cause be, and hereby is dismissed for lack of jurisdiction.

Filed and entered    February 18, 2003

A TRUE COPY
ATTEST  3-12-03

CATHY CATTERSON
Clerk of Court

by: _____
Deputy Clerk

This certification does constitute the mandate of the court.

ENTER ON ICMS
MAR 20 2003

**FILED**

UNITED STATES COURT OF APPEALS

FEB 18 2003

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE DOWNING, an individual; et al., Plaintiffs, and, RICK STEERE, an individual, Plaintiff - Appellant, v. ABERCROMBIE & FITCH, an Ohio corporation, Defendant - Appellee. | No. 02-56476 D.C. No. CV-99-04612-R Central District of California, Los Angeles ORDER |

Before: LEAVY, FERNANDEZ and BERZON, Circuit Judges

Appellee's motion to dismiss this case for lack of jurisdiction is granted. The district court's order challenged in this appeal did not dispose of the action as to all claims and all parties. Therefore, this court lacks jurisdiction to hear this appeal. *See* Fed. R. Civ. P. 54(b); *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984) (a decision adjudicating all claims in an action is not final and appealable if consolidated actions remain undecided, unless the order is certified under Fed. R. Civ. P. 54(b)); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981)

02-56476

(summary judgment orders that do not dispose of all parties and all claims are not final and appealable).

Appellee's motion for sanctions is denied.

All other pending motions are denied as moot.

**DISMISSED.**

S:\MOATT\Panelord\2.10.03\pe3\02-56476.wpd     2

A TRUE COPY  3-12-03
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court

INTERNAL USE ONLY: Proceedings include all events.
02-56476 Steere, et al v. Abercrombie & Fitch

| | |
|---|---|
| GEORGE DOWNING, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>213/955-1200<br>9th Floor<br>[COR LD NTC ret]<br>LAW OFFICES OF BRENT H. BLAKELY<br>Carlsmith Ball<br>444 South Flower St.<br>Los Angeles, CA 90071-2901 |
| PAUL STRAUCH, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |
| RICK STEERE, an individual<br>    Plaintiff - Appellant | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |
| RICHARD BUFFALO KEAULANA, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BEN AIPA, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MIKE DOYLE, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JOEY CABELL, an individual<br>    Plaintiff | Brent H. Blakely, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| ABERCROMBIE & FITCH, an Ohio corporation<br>    Defendant - Appellee | David Aronoff, Esq.<br>310/277-3333<br>[COR LD NTC ret]<br>LEOPOLD, PETRICH & SMITH, P.C.<br>2049 Century Park East<br>Los Angeles, CA 90067-3274 |